# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>MACOMBER, et al.<br>Defendants. | No. 1:25-cv-01654 KES BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR ALIAS WRIT<br><br>Docs. 11, 13 |

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. The complaint has not yet been screened.

On December 18, 2025, the assigned Magistrate Judge issued findings and recommendations that recommended plaintiff's "motion for alias writ" be denied. Doc. 13. The magistrate judge determined that plaintiff had not met the requirements for the injunctive relief sought in his motion. *Id.* at 2-3. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* at 3. The findings and recommendations also instructed plaintiff that any objections must not exceed fifteen (15) pages and that "[a]ny pages filed in excess of the 15-page limit may not be considered." *Id.* Plaintiff filed timely objections on January 5, 2026, but submitted nearly 90 pages. Doc. 15.

In accordance with 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of this

case. Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Although they are 90 pages long, plaintiff's objections do not meaningfully address the findings and recommendations, and they do not establish a basis for the relief plaintiff seeks in his motion. *See* Doc. 15.

Accordingly,

1. The findings and recommendations issued on December 18, 2025, Doc. 13, are adopted in full;
2. Plaintiff's motion for alias writ, Doc. 11, is denied; and
3. The action is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE