# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

MACOMBER, *et al.*,

Defendants.

Case No. 1:25-cv-01654-KES-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

(ECF No. 22)

Plaintiff Patrick A. Cannavan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 21, 2026, the Court screened Plaintiff's first amended complaint and issued findings and recommendations that recommended this action be dismissed for failure to state a cognizable claim upon which relief may be granted. (ECF No. 21.) The findings and recommendations remain pending.

On October 19, 2026, Plaintiff filed a motion for judicial notice of alleged retaliation by prison officials. (ECF No. 22.) In particular, Plaintiff appears to request the Court judicially notice alleged conduct by Lt. F. Briseno and Capt. A. Gomez, while Plaintiff was confined to the Restricted Housing Unit in October 2026.[1] (*Id.* at 2.)

Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is

[1] Plaintiff's subsequent reference to October 2025 appears to be a typographical error. (ECF No. 22 at 2.)

not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Civ. 201(b). The conduct allegations and arguments contained in Plaintiff's request for judicial notice are not the type of adjudicative facts that are judicially noticeable.

Accordingly, Plaintiff's motion for judicial notice, (ECF No. 22), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **October 21, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE