UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

MACOMBER, *et al.*,

Defendants.

No. 1:25-cv-01654-KES-BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION

Doc. 21

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

On September 29, 2026, the magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 21. The magistrate judge found Cannavan failed to state a cognizable claim under § 1983 and recommended dismissal of this action without further leave to amend. *Id.* at 11–12. The Court served the findings and recommendations on Cannavan and informed him that any objections were due within 14 days. *Id.* The Court also advised that a failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v.* Wheeler, 772 F.3d 834, 838–39 (9th Cir. 2014)). Cannavan did not file objections and the time to do so has expired. On October 19, 2026, Cannavan filed "Plaintiff's Emergency Motion: Judicial Notice," Doc. 22, which the magistrate judge denied on October 22, 2026, Doc. 23. Even if Cannavan's October 19, 2026, filing were construed as an objection to the

findings and recommendations, it does not meaningfully address the findings and recommendations or establish that Cannavan has any cognizable claim.

In accordance with 28 U.S.C. § 636 (b)(1), this court reviewed this matter de novo. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.

The court ORDERS**:**

1. The findings and recommendations issued September 29, 2026, Doc. 21, are ADOPTED in full;
2. This action is DISMISSED, without further leave to amend, for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE